# Exhibit 1

# (Filed Under Seal)

# Exhibit 2
# (Filed Under Seal)

# Exhibit 3

# (Filed Under Seal)

# Exhibit 4

# (Filed Under Seal)

# Exhibit 5

# (Filed Under Seal)

# Exhibit 6

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 1 of 4*

**Date of recording:**   May 12, 2012

**Time of recording:**   12:44:30

## ABBREVIATIONS

| [UI]: | Unintelligible | *[II]:* | *Ininteligible* |
|---|---|---|---|
| [PH]: | Phonetic | *[F]:* | *Fonético* |
| [xx]: | Translator's notes | [xx]: | [*Anotaciones del traductor*] |
| *Italics:* | Originally spoken in English | *Letra no itálica:*  Hablado en inglés en la versión original | |
| *//:* | Speak simultaneously | *//:* | *Hablan simultáneamente* |

## PARTICIPANTS:

**ANTONIO**:      Antonio MORENO-Membache

**ANDRES**:      Andres MORENO-Membache

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 2 of 4*

### TRANSCRIPTION/TRANSLATION

| | Speaker | English | Spanish |
|---|---|---|---|
| 1 | | [RECORDING BEGINS] | *[COMIENZA LA GRABACIÓN]* |
| 2 | | [ELECTRONIC TONES] | *[TONOS ELECTRÓNICOS]* |
| 3 | **ANTONIO:** | Hey. | *Oye.* |
| 4 | **ANDRES:** | Dude? | *¿Compañero?* |
| 5 | **ANTONIO:** | [UI] Yeah? | *[II] ¿Sí?* |
| 6 | **ANDRES:** | What's up, brother? These guys have been detained on me, bro'. | *¿Qué hubo, hermano? Acá me han detenido a estos muchachos, 'mano.* |
| 7 | **ANTONIO:** | Oh, God. Where? | *Por Dios. ¿A dónde?* |
| 8 | | [UNINTELLIGIBLE VOICES AND NOISE IN THE BACKGROUND] | *[VOCES INDISTINTAS Y RUIDO EN EL FONDO]* |
| 9 | **ANDRES:** | //[UI] and they picked them up, bro'. | *//[II] y los cogieron, 'mano.* |
| 10 | **ANTONIO:** | //Where? | *//¿A 'ónde?* |
| 11 | **ANDRES:** | //It was here on the way out, brother. Here on the way out, brother. | *// Fue aquí saliendo, hermano. Aquí saliendo, hermano.* |
| 12 | **ANTONIO:** | Here in Palo? | *¿Aquí en el Palo?* |
| 13 | **ANDRES:** | Here, here in Nuqui. | *Acá, acá, a Nuquí.* |
| 14 | **ANTONIO:** | Oh, son of a bitch! | *¡Ay, hijueputa!* |
| 15 | **ANDRES:** | So I think I'll just take one thing from here over there, brother. Son of a bitch [UI] like ratted out [UI] At least he picked it up, brother. It's good that I didn't... it's good that they weren't in... it's good that... that it didn't occur to me to get on there. I wasn't there at the time. | *Así que pienso no más llevar un bicho de aquí para allá, hermano. Hijueputa [II] como sapeado [II] Menos mal que lo recogió, hermano. De buena que yo no... de buena que no estaban en... de buena que no... no me había ocurrido a montar yo allí. No estaba en el momento allí.* |
| 16 | **ANTONIO:** | Oh, brother, and so, brother. What needs to be done, brother? Talk to the people there, brother. | *Ay, hermano, y entonces, hermano. ¿Qué hay que hacer, hermano? Hable con la gente allí, hermano.* |
| 17 | **ANDRES:** | Well, I don't want to show my face very much, dude, you know? Because since this is... that's... that looks like a snitch... over where | *Pues, yo no quiero dar mucha cara, huevón, ¿me entendiste? Porque como esto es... eso es... eso es estilo* |

*Voice attributions herein were provided by someone other than the translator.*

|   |   | | |
|---|---|---|---|
| | | they were, [UI] they already know where that comes from. | *sapeo ya... allí donde estaban, [II] ya saben de dónde viene eso.* |
| 18 | **ANTONIO:** | [UI] how do we load over there, brother [UI] how is it that they're coming down with that over there, bro'? Ah! | *[II] ¿cómo montamos por ahí, hermano [II] cómo es que ellos anden bajando con eso por allí, mano? ¡Ah!* |
| 19 | **ANDRES:** | No, no, no, no... no... n... it wasn't over there. It wasn't over there. Th... th... that... that [UI] Porro came over here, down over here. Cholo went down there by himself and... and... realize that we were waiting for some water that we were ready to board. There were two guys. They took off after him like a couple of crazy men, after him, like something when it's called out, bro'. | *No, no, no, no... no... n... no fue por allí. No fue por allí. E... e... eso... eso [II] el Porro pasó por acá, por acá abajo. Cholo bajó solo por allá y... y... haga de cuenta que estábamos esperando una agua que ya estábamos para montar. Los manes eran dos. Salieron así como locos atrás, después de él, como algo cuando es llamado, 'mano.* |
| 20 | **ANTONIO:** | In the boat? | *¿En la lancha?* |
| 21 | **ANDRES:** | Yeah, they left in the boat. And... and since these guys are down there, over there, bam, bro'. Think about it. | *Sí, salieron en la lancha. Y... y estos manes como están allí abajo, allí, pau, 'mano. Imaginate.* |
| 22 | | [UNINTELLIGIBLE VOICES IN THE BACKGROUND] | *[VOCES INDISTINTAS EN EL FONDO]* |
| 23 | **ANTONIO:** | Brother, so... and so, bro', what do we have to do, bro'? | *Hermano, entonces... y entonces, mano, ¿qué hay que hacer, mano?* |
| 24 | **ANDRES:** | I don't know what I'm going... send it over there to... send it there... I don't know what to do, bro'. I'm going to see, to see what... what... I'm going to be over there for awhile. [UI] I don't want to show my face very much because you know that [UI] my work and they detain me in one of those and hm, it's a problem, you know? | *Yo no sé qué voy... dele allí para... dele allí... yo no sé qué haga, mano. Yo voy a ver, para ver qué... qué... Voy a estar un poco para allá. [II] no quiero dar mucha cara porque tú sabes que [II]es mi trabajo y en una de esas me detienen y jm, es un problema, ¿me entendiste?* |
| 25 | **ANTONIO:** | Oh, bro', well, so, bro', talk to someone over there, dude. What do | *Ay, 'mano, pues, entonces, 'mano, hablá con alguien allí, maricón. ¿Y* |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 4 of 4*

|    |              | we do, bro'? It's looks like they were ratted out, bro'. | *cómo hacemos, mano? Eso es como cosa sapeada, mano.* |
|----|--------------|----------------------------------------------------------|-------------------------------------------------------|
| 26 | **ANDRES:**  | They were ratted out, they were ratted out. Yeah, um, anyways, right now... right now I'm going to see if I can call [UI] Don't tell him anything about this, don't mention it to anybody. Keep quiet, you understand? | *Es sapeado, es sapeado. Sí, este, de todas maneras, ahorita... ahorita voy a ver si llamo a [II] No vaya a decirle nada de esto, no se lo va a mencionar a nadie. Calladito es, ¿oíste?* |
| 27 | **ANTONIO:** | Okay. | *Bueno.* |
| 28 | **ANDRES:**  | You hear? Bye. | *¿Oiste? Chau.* |
| 29 | **ANTONIO:** | Okay, brother. | *Bueno, hermano.* |
| 30 |              | [END OF CALL] | *[FIN DE LA LLAMADA]* |

*Voice attributions herein were provided by someone other than the translator.*

# Exhibit 7

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 1 of 3*

**Date of recording:**   May 12, 2012

**Time of recording:**   12:53:58

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| [UI]: | Unintelligible | *[II]:* | *Ininteligible* |
| [PH]: | Phonetic | *[F]:* | *Fonético* |
| [xx]: | Translator's notes | [xx]: | [*Anotaciones del traductor*] |
| *Italics:* Originally spoken in English | | *Letra no itálica:*  Hablado en inglés en la versión original | |
| //: | Speak simultaneously | *//:* | *Hablan simultáneamente* |

## PARTICIPANTS:

**ANDRES:**      Andres MORENO-Membache

**ANTONIO**:      Antonio MORENO-Membache

*Voice attributions herein were provided by someone other than the translator.*

0000010878

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 2 of 3*

### TRANSCRIPTION/TRANSLATION

| | Speaker | English | Spanish |
|---|---|---|---|
| 1 | | [RECORDING BEGINS] | *[COMIENZA LA GRABACIÓN]* |
| 2 | | [BACKGROUND MUSIC] | *[MÚSICA DE FONDO]* |
| 3 | **ANDRES:** | So. | *Entonces.* |
| 4 | **ANTONIO:** | And how [UI]? And how many jars did they have? | *¿Y cómo [II]? ¿Y cuántos tarros traían ellos?* |
| 5 | **ANDRES:** | Huh? | *¿Ah?* |
| 6 | **ANTONIO:** | How many jars did they have? | *¿Cuántos tarros traían?* |
| 7 | **ANDRES:** | //No. It's not that they had jars. The jars were down river, man. It was just barely a... a bug, a bug. And [UI] | *//No. No es que llevaban los tarros. Los tarros iba agua abajo, hombre. Apenas era un... un bicho, un bicho. Y [II]* |
| 8 | **ANTONIO:** | That's why… that's why, so. And… and… | *Por eso... por eso, pues. Y... y...* |
| 9 | **ANDRES:** | [UI] | *[II]* |
| 10 | **ANTONIO:** | …they were all detained… Both of them… both of them right then, everything, everything. | *...detuvieron todos... A ellos dos... a ellos dos de una vez, todo todo.* |
| 11 | **ANDRES:** | No, they still hadn't put the water on, they hadn't put the water on. They ju... just... just had one bug in one ha... in a little bag. You understand? They were waiting for the water farther down. | *No, ellos todavía no habían montado el agua, ellos no habían montado el agua. A... apenas... apenas tenían un bicho en un ma... en un bolsito. ¿Entendiste? Estaban esperando el agua hacia abajo.* |
| 12 | **ANTONIO:** | Oh, [UI] | *Ah, [II]* |
| 13 | **ANDRES:** | Are you getting me now? | *¿Ya me estás entendiendo?* |
| 14 | **ANTONIO:** | Brother, and, and, and, and how's that? But, so put the blame on just one of them right away, brother. | *Hermano y, y, y, y ¿cómo es? Pe... pero de una vez que se eche la culpa uno solo de ellos, hermano.* |
| 15 | **ANDRES:** | Well, it will be, brother. I don't know what… what we're going to do there. [UI] | *Pues será, hermano. No sé qué... cómo vamos hacer allí. [II]* |
| 16 | **ANTONIO:** | Right away, man, go… [UI] | *// De una vez viejo, vaya... [II]* |
| 17 | **ANDRES:** | //I don't want [UI] | *//Yo no quiero [II]* |
| 18 | **ANTONIO:** | … with some friend of his/yours there, brother. I'm here, brother, | *...con algún amigo suyo allí, hermano. Que yo estoy acá,* |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 3 of 3*

| | | | |
|---|---|---|---|
| | | think about it I'm here… Either way, brother, that… that they blame just one of them. That this is the guy and that he along as a passenger, whichever [UI] Think about it, all… all so that so… We fight for just one. | *hermano, imagínese yo acá le estoy... Cualquiera, hermano, que... que ellos le eche culpa a uno solo. Que este es el man y que venía de pasajero, el que sea [II] Imagínate, todo... todo para que para... Peleemos por uno nada más.* |
| 19 | **ANDRES:** | Yes… yes… | *Sí... sí...* |
| 20 | **ANTONIO:** | You understand? | *¿Entiende?* |
| 21 | **ANDRES:** | …of course. Of course, of course, of course, of course. | *...claro. Claro, claro, claro, claro.* |
| 22 | **ANTONIO:** | Do it… | *Haga...* |
| 23 | **ANDRES:** | Yes. | *Sí.* |
| 24 | **ANTONIO:** | …go ahead and do that, brother. So that we fight for just one of them, brother. [UI] one sees how the [UI] we get him out, brother. But, with both of them there, brother. | *...haga eso de una vez, hermano. Para que peleemos por uno solo, hermano. [II] uno ve cómo la [II] lo sacamos, hermano. Pero, ya los dos allá, hermano.* |
| 25 | **ANDRES:** | Yes, yes, yes, yes. | *Sí, sí, sí, sí.* |
| 26 | **ANTONIO:** | You understand? | *¿Entiende?* |
| 27 | **ANDRES:** | [UI] | *[II]* |
| 28 | **ANTONIO:** | Go… do that quickly, brother, before they ask for the [UI] there. They're going to take both of them, do that quickly, brother. | *Vaya... haga eso rapidito, hermano, antes que pidan a [II] allá. Que los van a llevar a estos dos, haga eso rápido, hermano.* |
| 29 | **ANDRES:** | [UI] | *[II]* |
| 30 | | [END OF RECORDING] | *[FIN DE LA GRABACIÓN]* |

*Voice attributions herein were provided by someone other than the translator.*

# Exhibit 8

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 1 of 5*

**Date of recording:**   May 12, 2012

**Time of recording:**   18:04:34

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| [UI]: | Unintelligible | *[II]:* | *Ininteligible* |
| [PH]: | Phonetic | *[F]:* | *Fonético* |
| [xx]: | Translator's notes | [xx]: | [*Anotaciones del traductor*] |
| *Italics:* | Originally spoken in English | *Letra no itálica:* Hablado en inglés en la versión original | |
| //: | Speak simultaneously | *//:* | *Hablan simultáneamente* |

## PARTICIPANTS:

**ANTONIO**:        Antonio MORENO-Membache

**ANDRES**:          Andres MORENO-Membache

*Voice attributions herein were provided by someone other than the translator.*

0000010881

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 2 of 5*

## TRANSCRIPTION/TRANSLATION

| | **Speaker** | **English** | *Spanish* |
|---|---|---|---|
| 1 | | [RECORDING BEGINS] | *[COMIENZA LA GRABACIÓN]* |
| 2 | | [ELECTRONIC TONES] | *[TONOS ELECTRÓNICOS]* |
| 3 | **ANDRES:** | How are you, man? | *¿Cómo le va, viejo?* |
| 4 | **ANTONIO:** | Man, uh… what was I going to tell you? So, about the [UI] is going to move, or what's going on? | *Viejo, eh... ¿qué le iba a decir? Entonces, lo de la [II] se va a mover, ¿o cómo es la cosa?* |
| 5 | **ANDRES:** | Huh? | *¿Ah?* |
| 6 | **ANTONIO:** | [UI]'s is moving closer there, or what's going on? | *¿Lo de [II] se mueve ahí más cerca, o cómo es la cosa?* |
| 7 | **ANDRES:** | No, no. For the time being we have to be very close there. I mean, not today. It looks like we're not going to take them today. | *No, no. Por este momento hay que estar cerquitica ahí. O sea, hoy no. Parece que no las vamos a lleva' hoy.* |
| 8 | **ANTONIO:** | Oh, alright. | *Ah, ya.* |
| 9 | **ANDRES:** | Because over there, I mean… | *Porque es que allá, o sea...* |
| 10 | **ANTONIO:** | //Uh-huh. | *//Ajá.* |
| 11 | **ANDRES:** | //…that stuff, I spoke to the guy and I told him that there were about four (4) critters out there and that… and he said like that, not like that. For me to go look, anyway, and if it was too tight not to set out. I also spoke to Chino [PH]. And I asked Chino as well and he told me that with four (4) well, [UI] one more day bro'. | *//...esa vaina, yo hablé con el viejo y yo le dije que eso habían como cuatro (4) bichos ahí afuera y eso... y él dijo que así, que así no. Que yo viera, de todas maneras, que si estaba muy apreta'o que no me tirara. También hablé con Chino [F]. Y yo le pregunté a Chino también y me dijo que así con cuatro (4) pues, [II] un día más 'mano.* |
| 12 | **ANTONIO:** | //Chino told me… the same thing, that's what Chino told me, that he didn't want to set out like that either, right? No, I'm going to //[UI] things. | *//El Chino me dijo... así mismito... así me dijo Chino, que tampoco así no quería tirarse, ¿no? No, yo te voy //[II] las cosas.* |
| 13 | **ANDRES:** | //Uh-huh, I told him that [UI]… | *// Ajá, yo le dije a él que [II]...* |
| 14 | **ANTONIO:** | //Because he's coming now, right? | *//Por qué él viene ahora, ¿no?* |
| 15 | **ANDRES:** | //Yes, yes, I'm waiting now until seven (7:00), since I have that stuff | *//Sí, sí, yo estoy esperando ahora a las siete (7:00), como esa vaina la* |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 3 of 5*

|    |           | half-hidden the, the water. Are you understanding me? | *tengo ahí medio oculta la, el agua. ¿Me está entendiendo?* |
|----|-----------|-------------------------------------------------------|-------------------------------------------------------------|
| 16 | **ANTONIO:** | Uh-huh. | *Ajá.* |
| 17 | **ANDRES:** | So that at night [UI]. | *Pa' en la noche [II].* |
| 18 | **ANTONIO:** | //They gave you the water? | *//¿El agua te la dieron?* |
| 19 | **ANDRES:** | //[UI]. | *//[II].* |
| 20 | **ANTONIO:** | //They gave you the water? | *//¿El agua te la dieron?* |
| 21 | **ANDRES:** | It's that they hadn't loaded the water. The water was coming down downriver and the guys were going to come down like, like to move it to, to there, to the plant. Are you understanding? | *Es que el agua no la habían monta'o. El agua venía bajando agua abajo y los muchachos me la iban a bajar como, como pa' saltarla pa', pa' allá, pa' la planta. ¿Está entendiendo?* |
| 22 | **ANTONIO:** | Uh-huh. | *Ajá.* |
| 23 | **ANDRES:** | To get, to get it down there. Those men are way down. So then, the water was remained free. Do you understand me? | *A coger, a cogerla abajo. Estos manes están bien abajo. Entonces, el agua quedó libre. ¿Me anda entendiendo?* |
| 24 | **ANTONIO:** | They only took [UI] the little car that they took. | *Apenas llevaron [II] el carrito que se llevaron.* |
| 25 | **ANDRES:** | Yes, the thing is that the colleague's car [UI]. Like I told these guys, I talked to them and told them to put it like that [UI] this man would take responsibility for… | *Sí, es que el carro del camarada [II]. Como yo le dije a estos muchachos, yo hablé con ellos y les dije que lo echaran así como [II] este man se responsabilizara a…* |
| 26 | **ANTONIO:** | //Yes, yes. | *//Sí, sí.* |
| 27 | **ANDRES:** | //[UI] he would take responsibility, and, and the other, this guy who was going [UI] and that Porro [UI] was fishing and I told Cholo [PH] that he, he… [UI] a boat once it's contaminated [UI] so that he [UI] the boat and the engine. Do you understand me? Anyway [UI]. | *//[II] se responsabilizara él y, y el otro, este man que iba que le [II] y que Porro [II] iba pescando y le dije a, a Cholo [F] que él, él… [II] una lancha una vez contaminada [II] pa' que él [II] la lancha y el motor. ¿Me está entendiendo? De todas maneras [II].* |
| 28 | **ANTONIO:** | //Yes, it's easier to get them out because I already spoke to Jimmy [PH]. There is a lawyer there, do | *//Sí, está más fácil sacarlos porque ahí yo ya hablé con Jimmy [F]. Ahí hay un abogado, ¿me está* |

*Voice attributions herein were provided by someone other than the translator.*

|    |             |                                      |                                          |
|----|-------------|--------------------------------------|------------------------------------------|
|    |             | you understand me? In Bahia. To see if we can't move from there. | *entendiendo? En Bahía. Pa' ver si no nos dejamos mover de ahí.* |
| 29 | **ANDRES:** | //[UI]. | *//[II].* |
| 30 | **ANTONIO:** | //He told me that the [UI] was arriving tomorrow, he was arriving in Nuq-… in Bahia. | *//Me dijo que él [II] llegaba mañana, llegaba a Nuq- ahí a… a Bahía.* |
| 31 | **ANDRES:** | In Bahia. | *A Bahía.* |
| 32 | **ANTONIO:** | Because he's in el Valle. | *Porque él está en el Valle.* |
| 33 | **ANDRES:** | //[UI]. | *//[II].* |
| 34 | **ANTONIO:** | //Yes, he's in el Valle. But the office isn't open until Tuesday. | *//Sí, él está en el Valle. Pero ya es el martes que es que hay oficina.* |
| 35 | **ANDRES:** | Yes, this guy also told me that on Tuesday then [UI] I'm looking for that [UI] to see if we have the telephone number for a lawyer who, who Ricardo recommended to me. He, he is in Bogota but anyway… | *Sí, este man también me dijo que el martes pues [II] para eso yo estoy buscando [II] pa' ver si tenemos el teléfono de un abogado que, que Ricardo me recomendó. Él, él está en Bogotá pero igualmente…* |
| 36 | **ANTONIO:** | //Uh-huh. | *//Ajá.* |
| 37 | **ANDRES:** | ///… that I was talking to him and he recommended a lawyer, Pablo, to me but he tells me that he's in Bahia anyway [UI] send messages from the voicemail system [UI] then there [UI]… | *//…que yo estaba hablando con él y me recomendó un abogado Pablo pero me dice que como quiera está en Bahía [II] tira mensajes del sistema de correo de voz [II] entonces ahí [II]…* |
| 38 | **ANTONIO:** | //That's why I'm telling you, then that, that… is there… Well, then we have to go do that, 'bro so… then, I just told Tomas that this man should take charge, uh, just of that so that he, because alone, man, we won't let him move from there. Are you understanding me? | *//Por eso te estoy diciendo, entonces está allá ese, ese… Bueno, entonces hay que hacer eso, 'mano pa'… entonces, apenas yo le dije a Tomás que este man se haga cargo, este, solo de eso pa'él, porque uno solo, viejo, ahí no lo dejamos mover de ahí. ¿Me está entendiendo?* |
| 39 | **ANDRES:** | //[UI] I already talked to them, I talked to all of them and, and we left it at that. That, that… | *//[II] yo ya hablé con ellos, yo hablé con todos ellos y, y así quedamos. Que, que…* |
| 40 | **ANTONIO:** | //Right. | *//Ya.* |
| 41 | **ANDRES:** | //…Porro [PH] should take responsibility for that and… | *//…Porro [F] se haga responsable de eso y…* |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 5 of 5*

| 42 | **ANTONIO:** | //Uh-huh. | *//Ajá.* |
|---|---|---|---|
| 43 | **ANDRES:** | //And, and Cholo [PH], well, anyway should say that… that Cholo [PH] should say that… he has [UI]. | *//Y, y Cholo [F], pues, de todas maneras diga que… que Cholo [F] diga que… él tiene [II].* |
| 44 | **ANTONIO:** | //[UI]. No… no…Yes. | *//[II]No... no... Sí.* |
| 45 | **ANDRES:** | Then like that so that [UI] and… | *Entonces así pa' que [II] y...* |
| 46 | **ANTONIO:** | //Of course. | *//Claro.* |
| 47 | **ANDRES:** | …the, the car is going to be there. And the motor [UI]. | *...la, el carro va a estar allí. Y el motor [II].* |
| 48 | **ANTONIO:** | //I don't care that, the car doesn't matter, the motor, but I'm telling you it's easier there, too. For him alone, do you understand me? There only one, only one [UI]. | *//No me importa que, no importa el carro, el motor sino que te digo ahí queda más fácil también. Pa' él solo, ¿me está entiendo? Hay un solo, una sola [II]* |
| 49 | **ANDRES:** | //[UI]. | *//[II].* |
| 50 | **ANTONIO:** | //… car is not important. | *//... carro no tiene importancia.* |
| 51 | **ANDRES:** | No, that's why. // Then [UI] | *No, por eso. // Entonces [II]* |
| 52 | **ANTONIO:** | //Anyway, we'll talk over here. | *//Pues de todas formas acá hablamos.* |
| 53 | **ANDRES:** | Alright, bro', go for it. | *Listo, 'mano, dele.* |
| 54 | | [END OF RECORDING] | *[FIN DE LA GRABACIÓN]* |

*Voice attributions herein were provided by someone other than the translator.*

Exhibit 9

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 1 of 2*

**Date of recording:**   May 4, 2012

**Time of recording:**   9:28:20

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| [UI]: | Unintelligible | *[II]:* | *Ininteligible* |
| [PH]: | Phonetic | *[F]:* | *Fonético* |
| [xx]: | Translator's notes | [xx]: | [*Anotaciones del traductor*] |
| *Italics:* Originally spoken in English | | *Letra no itálica:* Hablado en inglés en la versión original | |
| //: | Speak simultaneously | *//:* | *Hablan simultáneamente* |

## PARTICIPANTS:

**MOSQUERA:**   Alfredo MOSQUERA-Murillo, a/k/a Alfredo Lopez-Gutierrez

**ANDRES**:   Andres MORENO-Membache

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 2 of 2*

## TRANSCRIPTION/TRANSLATION

| | Speaker | English | Spanish |
|---|---|---|---|
| 1 | | [RECORDING BEGINS] | *[COMIENZA LA GRABACIÓN]* |
| 2 | | [TELEPHONE RINGS] | *[SUENA EL TELÉFONO]* |
| 3 | **ANDRES:** | Dude! | *¡Padre!* |
| 4 | **MOSQUERA:** | So, sir. What's up? | *Entonces, señor. ¿Quiubo?* |
| 5 | **ANDRES:** | What's up, man? Good or what? | *¿Qué más, viejo?¿Bien o no?* |
| 6 | **MOSQUERA:** | Good, bro', because what else can you say, brother. | *Bien, 'manito, porque qué se puede decir, hermano.* |
| 7 | **ANDRES:** | Look, I was going to ask you a question. | *Vea, que le iba a hacer una preguntita.* |
| 8 | **MOSQUERA:** | Go ahead. | *Dígame.* |
| 9 | **ANDRES:** | You... that cilantro you had there on my beach, did you already... already finish it? | *Usted... ese cilantro que tenía allá en la playita mía, ¿ya... ya la terminó?* |
| 10 | **MOSQUERA:** | No, I have to go over there to look at that to... to see what we can do. [UI] | *No, yo tengo que ir allá a mirar eso para... para ver qué podemos hacer. [II]* |
| 11 | **ANDRES:** | Yes. So, in other words, it's still there. | *Sí. O sea, está todavía allí.* |
| 12 | **MOSQUERA:** | Yes. | *Sí.* |
| 13 | **ANDRES:** | What was I going to tell you? And if maybe a... a buyer turns up, wouldn't... wouldn't... wouldn't... wouldn't you like to negotiate or what? | *¿Qué le iba a decir? Y si de pronto le aparece un... un negociante, ¿no... no... no... no le gustaría negociar o qué?* |
| 14 | **MOSQUERA:** | Man, well, anyway we would negotiate there. | *Viejo, pues, de todas maneras allí negociaríamos.* |
| 15 | **ANDRES:** | Of course. Oh, no… | *Claro. Ah, no...* |
| 16 | **MOSQUERA:** | [UI] | *[II]* |
| 17 | **ANDRES:** | Oh, good. So, I'll call you in a little while. | *Ah, bueno. Entonces, yo aquí en un ratico le... le marco.* |
| 18 | **MOSQUERA:** | Okay, then. | *Bueno, pues.* |
| 19 | | [END OF RECORDING] | *[FIN DE LA GRABACIÓN]* |

*Voice attributions herein were provided by someone other than the translator.*

# Exhibit 10

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 1 of 2*

**Date of recording:**   May 4, 2012

**Time of recording:**   09:29:25

## ABBREVIATIONS

| [UI]: | Unintelligible | *[II]:* | *Ininteligible* |
|---|---|---|---|
| [PH]: | Phonetic | *[F]:* | *Fonético* |
| [xx]: | Translator's notes | [xx]: | [*Anotaciones del traductor*] |
| *Italics:* | Originally spoken in English | *Letra no itálica:* | Hablado en inglés en la versión original |
| *//:* | Speak simultaneously | *//:* | *Hablan simultáneamente* |

## PARTICIPANTS:

**MOSQUERA:**     Alfredo MOSQUERA-Murillo, a/k/a Alfredo Lopez-Gutierrez

**ANDRES:**     Andres MORENO-Membache

0000010868

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 2 of 2*

## TRANSCRIPTION/TRANSLATION

| | Speaker | English | *Spanish* |
|---|---|---|---|
| 1 | | [RECORDING BEGINS] | *[COMIENZA LA GRABACIÓN]* |
| 2 | | [LONG PAUSE] | *[PAUSA LARGA]* |
| 3 | **ANDRES:** | Hello. | *Bueno.* |
| 4 | **MOSQUERA:** | Tell me, buddy. | *Diga, compadre.* |
| 5 | **ANDRES:** | Uh, how many are there? | *Eh, ¿cuántas es que son?* |
| 6 | **MOSQUERA:** | Six hundred twenty (620). | *Son seiscientas veinte (620).* |
| 7 | **ANDRES:** | Six hundred twenty (620)? | *¿Seiscientas veinte (620)?* |
| 8 | **MOSQUERA:** | Yes. | *Sí.* |
| 9 | **ANDRES:** | Okay. Talk to you later. | *Ya. Ahorita hablamos.* |
| 10 | **MOSQUERA:** | Okay, then. | *Bueno, pues.* |
| 11 | | [END OF RECORDING] | [FIN DE LA GRABACIÓN] |

0000010869

Exhibit 11

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 1 of 4*

**Date of recording:**   May 4, 2012

**Time of recording:**   09:32:30

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| [UI]: | Unintelligible | *[II]:* | *Ininteligible* |
| [PH]: | Phonetic | *[F]:* | *Fonético* |
| [xx]: | Translator's notes | [xx]: | [*Anotaciones del traductor*] |
| *Italics:* Originally spoken in English | | *Letra no itálica:* Hablado en inglés en la versión original | |
| //: | Speak simultaneously | //: | *Hablan simultáneamente* |

## PARTICIPANTS:

**MOSQUERA:**       Alfredo MOSQUERA-Murillo, a/k/a Alfredo Lopez-Gutierrez

**ANTONIO**:            Antonio MORENO-Membache

*Voice attributions herein were provided by someone other than the translator.*

0000010870

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 2 of 4*

## TRANSCRIPTION/TRANSLATION

| | Speaker | English | Spanish |
|---|---|---|---|
| 1 | | [RECORDING BEGINS] | *[COMIENZA LA GRABACIÓN]* |
| 2 | | [ELECTRONIC TONES] | *[TONOS ELECTRÓNICOS]* |
| 3 | **ANTONIO:** | How are you, sir? | *¿Quiubo, señor?* |
| 4 | **MOSQUERA:** | Dude, I'm on my way down, you hear? | *Padre, ya voy bajando, ¿oyó?* |
| 5 | **ANTONIO:** | Oh, brother. And with this downpour, man. | *Ay, hermano. Y este aguacero como está, viejo.* |
| 6 | **MOSQUERA:** | Oh, well… | *Ah, pues...* |
| 7 | **ANTONIO:** | Huh? | *¿Ah?* |
| 8 | **MOSQUERA:** | [UI] | *[II]* |
| 9 | **ANTONIO:** | Actually, yeah, you can't move, brother, with the way it's raining. How can we move? | *Eso, sí, no, no se mueva, hermano, con este aguacerísimo como está. ¿Cómo nos movemos?* |
| 10 | **MOSQUERA:** | Oh, crap. I'm heading down in my own car. How can I say it? I have... I bought my car. | *Ah, carajo. Que yo voy bajando en carro propio. ¿Cómo se dice? Ya tengo... ya compré mi carro.* |
| 11 | **ANTONIO:** | Oh, son of a bitch. But like this I'm not doing it. I'm all wet and everything, but you know. It's raining too hard over here brother… | *Ah, hijueputa. Pero así yo no meto mano. Estoy bañado y todo, pero así tú ves. El aguacero está muy duro p' acá hermano...* |
| 12 | **MOSQUERA:** | Look. | *Vea.* |
| 13 | **ANTONIO:** | Huh? | *¿Ah?* |
| 14 | **MOSQUERA:** | Look, Andrucho, there, is calling me. | *Vea, por ahí, Andrucho me está llamando.* |
| 15 | **ANTONIO:** | Uh-huh. | *Ajá.* |
| 16 | **MOSQUERA:** | To see if... if I'll sell him what we have... what I have there. | *Que para ver si... si le vendo lo que tenemos... lo que tengo ahí.* |
| 17 | **ANTONIO:** | Well, go ahead, dude, because you... | *Pues, hágale, papá, porque usted...* |
| 18 | **MOSQUERA:** | [UI] man, because we're broke and I feel that it's better if we get out of that... | *[II] viejo, porque estamos pelados y yo veo que mejor es uno salir de eso...* |
| 19 | **ANTONIO:** | Yes. | *Sí.* |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 3 of 4*

| | | | |
|---|---|---|---|
| 20 | **MOSQUERA:** | ...and we can do other new things ourselves. Yes or no? | *...y hacemos otras cosas nuevas nosotros. ¿Sí o no?* |
| 21 | **ANTONIO:** | Uh-huh. Which are you talking about? | *Ajá. ¿De qué es que usted me dice?* |
| 22 | **MOSQUERA:** | Oh. About the six twenty (620) that's there. | *Ah. De lo, de las seis veinte (620) que hay ahí.* |
| 23 | **ANTONIO:** | Oh, does he want those? | *Ah, ¿quiere ésas él?* |
| 24 | **MOSQUERA:** | Yeah, he says he's finding out for me. | *Sí, que por ahí me está averiguando.* |
| 25 | **ANTONIO:** | Oh, okay. So, go ahead, then, dude. You know best, you hear? | *Ah, bueno. Entonces, hágale, pues, viejo. Usted es el que sabe, ¿oyó?* |
| 26 | **MOSQUERA:** | All right, dude [UI] | *Bueno, padre [II]* |
| 27 | **ANTONIO:** | Uh, sell that shit, dude. Because if he'll buy it, sell that shit, dude. | *Pues, venda esa mierda, hermano. Porque si él la compra, venda esa mierda, hermano.* |
| 28 | **MOSQUERA:** | Yeah, because we're broke and... and... and... and we... | *Sí, porque estamos pelados y... y... y... y nosotros...* |
| 29 | **ANTONIO:** | In debt. | *Endeudados.* |
| 30 | **MOSQUERA:** | [UI] and until we get ourselves set up. | *[II] y hasta que nosotros nos armemos.* |
| 31 | **ANTONIO:** | Yeah, go for it, dude. Go for it, go for it, go for it, then. Over here as soon as these people start moving, uh, there's business. | *Sí, hágale, papi. Hágale, hágale, hágale, pues. Que por acá apenas esta gente se mueva, pues, ahí hay ya movida.* |
| 32 | **MOSQUERA:** | Right. Today I was going to… | *Ya. Hoy yo iba a...* |
| 33 | **ANTONIO:** | Alright. | *Bueno.* |
| 34 | **MOSQUERA:** | ...come pick you up so we could go downtown to... to... to get you a haircut. | *...pasar a recogerlo para que fuéramos para el centro a... a... a peluquearse.* |
| 35 | **ANTONIO:** | Uh, what can I say, dude, this fucking downpour... | *Pues, ¿cómo le digo? mano, que este hijueputa aguacero...* |
| 36 | **MOSQUERA:** | [LAUGHS] | *[SE RÍE]* |
| 37 | **ANTONIO:** | ...dude. This son of a bitch [UI] it's too hard. | *...hermano. Este hijueputa [II] está muy duro.* |
| 38 | **MOSQUERA:** | All right, then. | *Bueno, pues.* |
| 39 | **ANTONIO:** | All right, then, dude. | *Bueno, pues, viejo.* |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 4 of 4*

40          [END OF RECORDING]          *[FIN DE LA GRABACIÓN]*

*Voice attributions herein were provided by someone other than the translator.*

0000010873

Exhibit 12

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 1 of 3*

**Date of recording:**   May 18, 2012

**Time of recording:**   23:50:50

## ABBREVIATIONS

| [UI]: | Unintelligible | *[II]:* | *Ininteligible* |
|---|---|---|---|
| [PH]: | Phonetic | *[F]:* | *Fonético* |
| [xx]: | Translator's notes | [xx]: | [*Anotaciones del traductor*] |

*Italics:* Originally spoken in English    *Letra no itálica:* Hablado en inglés en la versión original

//:       Speak simultaneously          *//:*       *Hablan simultáneamente*

## PARTICIPANTS:

**ORTEGA:**       Carlos Ivan ORTEGA-Tello, a/k/a "El Gordo"

**MOSQUERA:**       Alfredo MOSQUERA-Murillo, a/k/a Alfredo Lopez-Gutierrez

*Voice attributions herein were provided by someone other than the translator.*

0000010892

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 2 of 3*

## TRANSCRIPTION/TRANSLATION

| | Speaker | English | Spanish |
|---|---|---|---|
| 1 | | [RECORDING BEGINS] | *[COMIENZA LA GRABACIÓN]* |
| 2 | | [BEEPING SOUND] | *[SONIDO ELECTRÓNICO]* |
| 3 | | [LONG PAUSE] | *[PAUSA LARGA]* |
| 4 | **MOSQUERA:** | Hello. | *Aló.* |
| 5 | **ORTEGA:** | How are you doing? All good? | *¿Cómo va? ¿Bien o no?* |
| 6 | **MOSQUERA:** | Good, good. I'm just waiting for the guy to send it. | *Bien, bien. Aquí esperando que el hombre la tire.* |
| 7 | **ORTEGA:** | Yes, I've already talked with the guy, brother. The guy is even right, brother. The problem is that today, I haven't even been able to even do that transaction for your wife. I mean, it is not that I don't want to, but the thing is that I'm waiting for this other thing and they haven't given it to me, brother, because coincidentally that man, brother, is doing me a favor. By all means the guy even has a point, brother. I already told the guy the situation. He has not paid him yet. I gave the guy the Panamanian's. I have to give him [UI]. | *Sí, ahí hablé con el hombre, hermano. El hombre tiene hasta razón, hermano. El problema es lo que hoy no te he podido ni-ni hacer la diligencia de la mujer tuya. Digo, no es que no quiera, sino que estoy pendiente de otra vaina y no me han dado, hermano porque pues casualmente ese man, hermano, me está haciendo un favor. De todos modos el hombre tiene hasta razón, hermano. Yo ya le he dicho la situación al hombre. Todavía no le pagó. Yo al hombre le di lo del panameño. Tengo que darle [II].* |
| 8 | **MOSQUERA:** | Yes. I told him. I told him that, that we need to come to an agreement, because I also had something there. That he knows if I'm successful, I also… Understand? | *Sí. Yo le dije a él. Yo le dije a él que pues que-que nos pusiéramos de acuerdo, que pues que yo también tenía algo allí. Que él sabe que si a mí me va bien, yo también. ¿Entiendes?* |
| 9 | **ORTEGA:** | //Of course. Anyway, anyway, give me, because God willing, tomorrow I'll [UI] for you now that [UI]. But I swear, man, that I… Because it's not that—I'll—because coincidentally I ordered one just like it but if they give it to you, deposit the two hundred (200) pesos to your wife over there. But I | *//Claro. De todos modos. De todos modos, dame, que yo con el favor de Dios, mañana te [II] que ya [II]. Pero se lo juro, viejo, que yo… Porque no es que—yo le— casualmente mandé hacer una idéntica pero si te dan, coloca los doscientos (200) pesos a la señora allá. Pero pues lo juro que no me* |

*Voice attributions herein were provided by someone other than the translator.*

|    |              | swear that they didn't give me [anything]. The man told me now that he would give me that in the morning, I'll go and deposit it for her, you hear? | *dieron. Ahora me dijo el man que por la mañana me daba, yo voy y le coloco eso a ella ¿oís?* |
|----|--------------|---|---|
| 10 | **MOSQUERA:** | No problem, cousin. Do it. You know that we struggling, brother. | *No, tranquilo primo. Hágalo. Usted sabe que estamos en la lucha, viejo.* |
| 11 | **ORTEGA:**  | Okay. That's up to, to… | *Ya. Ahí ya depende de, de…* |
| 12 | **MOSQUERA:** | It's practically a struggle. | *Prácticamente es lucha.* |
| 13 | **ORTEGA:**  | I'm going to switch off [UI] but on the one with Comcel, you hear? | *Voy a apagar [II] pero por el de Comcel, ¿oyó?* |
| 14 | **MOSQUERA:** | Okay, man. There we are then. | *Bueno papi. Allí estamos pues.* |
| 15 | **ORTEGA:**  | Okay, okay. | *Ya, ya.* |
| 16 |              | [END OF RECORDING] | [FIN DE LA GRABACIÓN] |

*Voice attributions herein were provided by someone other than the translator.*

Exhibit 13

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 1 of 3*

**Date of recording:**   June 18, 2012

**Time of recording:**   18:16:32

## ABBREVIATIONS

[UI]:   Unintelligible            *[II]:*   *Ininteligible*

[PH]:   Phonetic                  *[F]:*   *Fonético*

[xx]:   Translator's notes        [xx]:   [*Anotaciones del traductor*]

*Italics:* Originally spoken in English     *Letra no itálica:*  Hablado en inglés en la
                                            versión original

//:   Speak simultaneously        *//:*   *Hablan simultáneamente*

## PARTICIPANTS:

**OBANDO:**        William OBANDO-Gonzalez, a/k/a William, a/k/a "don Wil," a/k/a "W"

**ANDRES**:        Andres MORENO-Membache

0000010899

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 2 of 3*

## TRANSCRIPTION/TRANSLATION

| | Speaker | English | Spanish |
|---|---|---|---|
| 1 | | [RECORDING BEGINS] | *[COMIENZA LA GRABACIÓN]* |
| 2 | | [TELEPHONE RINGS] | *[TIMBRE TELEFÓNICO]* |
| 3 | | [CLACKING SOUND] | *[SONIDO DE REPIQUETEO]* |
| 4 | ANDRES: | Tell me, what's up? | *Dime, ¿qué hubo?* |
| 5 | | [VOICE IN BACKGROUND: It's/He's going down there again.] | *[VOZ EN EL FONDO: Está bajando de nuevo ahí.]* |
| 6 | ANDRES: | How is everything, how is…? // | *¿Cómo va todo, cómo va…? //* |
| 7 | OBANDO: | Hello. | *Aló.* |
| 8 | ANDRES: | Yes, I understand, I understand, man. Everything [UI] everything's in order, all good, all good. | *Sí, yo entiendo-entiendo, viejo. Todo [II] todo en orden, todo bien, todo bien.* |
| 9 | OBANDO: | Oh, alright. | *Ah, ya.* |
| 10 | ANDRES: | Just waiting... | *Esperando apenas…* |
| 11 | OBANDO: | Uh-huh. | *Ajá* |
| 12 | ANDRES: | …the order [UI]. | *…la orden [II].* |
| 13 | OBANDO: | Oh, so you are just waiting for Alfredo to tell you? | *Ah, ¿usted está esperando no más que Alfredo le diga?* |
| 14 | ANDRES: | Yes, well, that, that, that. Yes, sir, that's what we are waiting for the guy and then right there. [UI] | *Sí, pues eso, eso, eso. Sí, señor, es lo que estamos esperando al man y ahí mismo. [II].* |
| 15 | OBANDO: | //Have you continued, have you continued talking to him, to the friend from there? | *//¿Has seguido, has seguido hablando con él, con el amigo de allá?* |

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 3 of 3*

| | | | |
|---|---|---|---|
| 16 | **ANDRES:** | Yes sir, yes sir. We are going to-we're going to talk again today. And all good, they're ready, he already knows that we are going to [UI] | *Sí señor, si señor. Ahora ahí nos—otra vez nos vamos a hablar de nuevo. Y todo bien, ya están listos, ya sabe que nosotros vamos a [II]* |
| | | [IN BACKGROUND: WHISTLE]. | *[AL FONDO: SILBIDO].* |
| 17 | **OBANDO:** | What's that? Oh, yes. Hey, hey, hey. | *¿Cómo? Ah, sí. Oye, oye, oye.* |
| 18 | **ANDRES:** | Yes, yes, yes, sir, of course for sure [UI] I'm telling you. | *Si, sí, sí, señor, pues sin falta [II] le digo.* |
| 19 | **OBANDO:** | Oh, okay, listen, I am personally going to give you a big time present. You'll see. | *Ah, bueno, oiga, yo personalmente le voy hacer un regalote. Va a ver.* |
| 20 | | [[UI] VOICE IN BACKGROUND] | *[VOZ [II] AL FONDO]* |
| 21 | **ANDRES:** | Yes, sir. | *Sí señor.* |
| 22 | **OBANDO:** | Okay, alright. | *Okey, listo.* |
| 23 | **ANDRES:** | Okay then. [UI]. | *Bueno pues. [II].* |
| | | [END OF RECORDING] | *[FIN DE LA GRABACIÓN]* |

# Exhibit 14

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 1 of 6*

**Date of recording:**   July 31, 2011

**Time of recording:**   11:19:27

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| [UI]: | Unintelligible | *[II]:* | *Ininteligible* |
| [PH]: | Phonetic | *[F]:* | *Fonético* |
| [xx]: | Translator's notes | [xx]: | *Anotaciones del traductor* |
| *Italics:* | Originally spoken in English | *Letra no itálica:* | Hablado en inglés en la versión original |
| //: | Speak simultaneously | *//:* | *Hablan simultáneamente* |

## PARTICIPANTS:

**ANDRES**:          Andres MORENO-Membache

**ANTONIO**:          Antonio MORENO-Membache

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 2 of 6*

### TRANSCRIPTION/TRANSLATION

| | Speaker | English | Spanish |
|---|---|---|---|
| 1 | | [RECORDING BEGINS] | *[COMIENZA LA GRABACIÓN]* |
| 2 | | [ELECTRONIC TONES] | *[TONOS ELECTRÓNICOS]* |
| 3 | **ANDRES:** | Hello. | *Aló.* |
| 4 | **ANTONIO:** | How are you? What time did you arrive? | *¿Cómo está? ¿A qué hora llegó?* |
| 5 | **ANDRES:** | Uh… I arrived yesterday my old man at around ten (10:00). | *Ah… Ayer llegué viejote como a las diez (10:00).* |
| 6 | **ANTONIO:** | Ha! | *¡Ja!* |
| 7 | **ANDRES:** | No, brother, there's some scam there. I tell you, that Pibe [PH] arrived there, that, that Pibe [PH] arrived there and scammed that fag [UI] and he went, he stole that shit, brother. | *No hermano, eso ahí hay un embolate güevón. Te digo ese Pibe [F] llegó ahí, ese, ese Pibe [F] llegó ahí y embolató ese marica [II]  y se fue se robó esa mierda, hermano.* |
| 8 | **ANTONIO:** | Pibe [PH] himself? | *¿Pibe [F] mismo?* |
| 9 | **ANDRES:** | Him, who else but, old man? Ha! | *¿Él y quién más viejo? ¡Ja!* |
| 10 | **ANTONIO:** | And what about Perpetuo [PH]? | *¿Y entonces Perpetuo [F]?* |
| 11 | **ANDRES:** | Perpetuo [PH], bro', I think that's why [UI] [he] got in trouble, bro'. Because Perpetuo, after he told uh, uh, uh, uh… this, uh, uh… uh Octavio, that that guy called Pibe [PH] and now he doesn't want to say that he's called Pibe [PH]. That he did not say that. It's a scam, old man, that's what it is, old man, with Perpetuo [PH], they're waiting for him to say what's what [UI]. And the problem is that, that the man says it's not Pibe [PH], but Pibe [PH] sold out and, and sold, sold him, because Pibe [PH] told Octavio that he knew them, he knew Antonio, and Andres and since I had… he used to say hello to me also. Imagine. | *Perpetuo [F], 'mano, yo pienso que por eso [II] se metió en problemas 'mano. Que Perpetuo, después que le dijo a, a, a, a… a este, a, a… a Octavio, que ese muchacho llamaba a Pibe [F] y ahora no quiere decirle que se llama Pibe [F]. Que él no ha dicho eso. Es un embolate, viejo, que hay, viejo a ese Perpetuo [F], están esperándolo, pa' que diga qué es que hay [II]. Y el problema es que, que el hombre dice que no es Pibe [F], pero Pibe [F] se vendió y, y vendió a, a él, porque Pibe [F] le dijo a Octavio que él los conocía, conocía a Antonio, a Andrés y como yo ya lo…él me daba saludos a mí también. Imagínate.* |
| 12 | **ANTONIO:** | But Octavio wasn't there. | *Pero Octavio no 'taba ahí.* |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 3 of 6*

| 13 | **ANDRES:** | Right, Octavio wasn't there, Octavio didn't go. But Octavio told him over there in the route that he would... to pick it up and go on that boat [UI] a boat with a seventy-five (75) and… a boat with a seventy-five (75) to go to [UI] he told him. | *Sí, Octavio no 'taba, Octavio no fue. Pero Octavio le dijo a él allá en la vía que él me … que lo cogiera y que se fuera en este bote [II] una lancha con un setenta y cinco (75) y… una lancha con un setenta y cinco (75) pa' ir a [II] le dijo él.* |
| 14 | **ANTONIO:** | A what, a what, a what? | *¿Una qué, una qué, una qué?* |
| 15 | **ANDRES:** | A boat with a seventy-five (75). | *Y que una lancha con un setenta y cinco (75).* |
| 16 | **ANTONIO:** | And you didn't tell him what was going on? | *¿Y vos no le dijiste qué pasaba?* |
| 17 | **ANDRES:** | I told that guy that Pibe was a crook [UI] that boat [UI] boat you shouldn't think [UI]. Buy in any-in any case he doesn't have too much to say [UI] Perpetuo either, that it's not Pibe. How is he going to say it's not Pibe? Why? And the ones, and the [UI] Perpetuo in there, quiet [UI], got into trouble. You know it.  [UI] | *Yo le dije a ese man que ese Pibe que tiene un bandido [II] esa lancha [II] lancha que usted no se crea [II]. Pero de to-ahí de to'as manera ahí ya  no tiene mucho como decir [II] tampoco ese Perpetuo que no es Pibe. ¿Cómo va a decir que no es Pibe? ¿Por qué? Y los de, y los [II] Perpetuo ahí meti'o, calla'ito [II] meti'o en problemas. Vos lo sabés. [II]* |
| 18 | **ANTONIO:** | //[UI] | *//[II]* |
| 19 | **ANDRES:** | Do you think Pibe is a fag like [UI] Antonio? Perpetuo, like he did over there over there [UI] that's what I say, sometimes. | *¿Vos creés que Pibe es un pájaro como [II] Antonio? Perpetuo, como hizo pa' allá  [II] es lo que yo digo, a veces.* |
| 20 | **ANTONIO:** | That's so that they… weren't they saying that he didn't rob the guy, that he hadn't killed the late Luis? | *Eso es pa'que ellos… ¿ellos no decían que él no había roba'o al señor, él no había mata'o al finado Luis?* |
| 21 | **ANDRES:** | Uh… | *Ah…* |
| 22 | **ANTONIO:** | //Because that son of a bitch Perpetuo, uh, he himself was saying and he, he was one of those who talked shit. He'd say that Pibe was a great man, that he was a great man | *//Porque ese hijo'e puta Perpetuo, eh, él mismo decía y él, él era uno de los que hablaba mierda. Decía que el Pibe era un gran hombre, que era un gran hombre* |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 4 of 6*

| 23 | **ANDRES:** | Uh, well, there, there he's going to have... and th-that... | *Ah, bueno, ahí, ahí va a tener... y es-ese...* |
|---|---|---|---|
| 24 | **ANTONIO:** | //[UI] | *//[II]* |
| 25 | **ANDRES:** | //...leave it, because they're going to, leave that mess because one [UI] they bring him to tie him up. The man swore it to me yesterday, Andres told me. If he arrives on Monday they're screaming for him already. They're going to tie him up as soon, [UI] to tie up. To tie up, you hear, because he said he's supposedly a good man. | *//...déja la, que ahí lo van, deja la bulla que ese [II] lo traen es pa'amarrarlo. El señor ayer me lo juró, me lo bromió Andrés. Si llega el lunes lo están pidiendo a gritos ya. A ese lo van a amarrar apenas, [II] pa'amarar. Pa'amarrar, oyó, porque él dijo que supuestamente es un hombre bueno.* |
| 26 | **ANTONIO:** | //[UI] say anything to him, as soon... | *//[II] decirle nada, apenas...* |
| 27 | **ANDRES:** | //No. | *//No.* |
| 28 | **ANTONIO:** | //[UI] and he left and that's it. And no [UI]. | *//[II] que se fue y listo. Y no [II]* |
| 29 | **ANDRES:** | //I didn't, I didn't, I did, I told them that... the only thing I told them, I don't have anything to do with that. The only thing is that he says that the man greeted me, do you understand me? Because everyone saw that. But he greeted me and I know him, he's Pibe and [UI] um, and Octavio said: "He's Pibe because uh… my nephew Perpetuo introduced him to me there, he introduced him to me as Pibe and he told me there that he knew Andres and he knew Antonio. That Antonio was [UI] and a boat with a seventy-five (75)." That man told me. | *//Yo no, yo no, yo les, yo les digo que... lo único que les dije a ellos, yo no tengo nada que ver. Lo único es que él dice que el hombre me saludó, ¿me está entendiendo? Porque eso to' el mundo lo vio. Pero él me saludó y yo lo conozco a él, él es Pibe y [II] este, y Octavio dijo: "Él es Pibe porque eh... allá me lo presentó mi sobrino Perpetuo, me lo presentó como Pibe y él allá me dijo que conocía a Andrés y conocía a Antonio. Que Antonio era [II] y que una lancha con un setenta y cinco (75)". Me dijo ese señor.* |
| 30 | **ANTONIO:** | //Do you know how much he, how much he ended up owing me? It's sixty thousand dollars ($60,000) that he ended up owing me… | *//¿Tú sabes cuánto, él, él cuánto me quedó debiendo? Son sesenta mil dólares ($60,000) que me quedó debiendo...* |
| 31 | **ANDRES:** | //Uh. | *//Ah.* |
| 32 | **ANTONIO:** | //...me there. | *//...a mí allá.* |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 5 of 6*

| | | | |
|---|---|---|---|
| 33 | **ANDRES:** | //[UI] it was. Then I told him… | *//[II] fue. Entonces yo le dije…* |
| 34 | **ANTONIO:** | //[UI] free the rest. | *//[II] libre lo demás.* |
| 35 | **ANDRES:** | I told him that, that's Pibe, that's Pibe, that man's a prick, he's a fag, so then he came and scammed that dumbass [UI] and he stole everything. He was in trouble there. But I don't know whether it's that... | *Yo le dije ese, ese es Pibe, ese es Pibe, ese man es un vergajo es un pájaro, entonces llegó y se, se embolató ese baboso [II] y lo robó de todo. Estaba ahí metí'o en problemas. Más no sé si es que…* |
| 36 | **ANTONIO:** | //Well, don't think, that's they're thing there. | *//Pues no se crea, que eso es cosa de ellos ahí.* |
| 37 | **ANDRES:** | //They themselves, I think that Perpetuo is in it as well. | *//Ellos mismos, yo creo que Perpetuo está metí'o también.* |
| 38 | **ANTONIO:** | //But why hasn't he arrived? Well, like we say with John, he hasn't arrived because of that, because he's tallying up the money. | *//Pero y ¿por qué no ha llega'o? Pues, como decimos con John, no ha llega'o por eso, porque está cuadrando plata de una vez.* |
| 39 | **ANDRES:** | That's what he was telling us Mr.… Ivan to Antonio. Why hadn't Perpetuo come with [UI] on, on Monday. Why hadn't he come? | *Eso es lo que a nosotros nos decía el señor … Iván a Antonio. Que por qué Perpetuo no se había venido como con [II] el, el día lunes. ¿Por qué no se había venido?* |
| 40 | **ANTONIO:** | //[UI] | *//[II]* |
| 41 | **ANDRES:** | And why is he now saying that it wasn't Pibe at all? That he had heard him mentioned but he was not Pibe. That he only knew a Pingon [PH], that he, he, he was the one called Pingon, that he didn't know any Pibe, he didn't know any Pibe. That son of a bitch got out on time from Emaya.. I don't know, because I too [UI] he told me: "Andres [UI] this week [UI] was trying to square up his money because the men like [UI] the ow-the owners of the stuff." Because they were clever, what they did didn't want was to steal th-the power from, from, from... | *¿Y por qué ahora está diciendo que ese no era ningún Pibe? Que él lo había escuchado mencionar pero él no era Pibe. Que él conocía nomás a un Pingón [F] que ese, ese, ese que era el que se llamaba Pingón, que él no conocía ningún Pibe, él no conocía ningún Pibe. Ese hijo'e puta salió a tiempo del Emayá. Yo no sé, porque, igualmente yo [II] me dijo: "Andrés, [II] esta semana [II] tratando de cuadrar su plata porque los señores como [II] los due-los dueños de la vaina". Porque ellos fueron vivos, ellos no quisieron robarle e-el poder de, de, de…* |
| 42 | **ANTONIO:** | //Of course, brother. | *//Claro, hermano.* |

*Voice attributions herein were provided by someone other than the translator.*

0000010859

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 6 of 6*

| 43 | **ANDRES:** | //from them and supposedly… | // de ellos y no que como… |
|----|-------------|------------------------------|------------------------------|
| 44 | **ANTONIO:** | //Because they're clever, yes… | //Es que son vivos, sí... |
| 45 | **ANDRES:** | //Octavio [UI]… Uh, Rafi [UI] gave it to, to… to the man that was the one in charge, that the owners sent over to get it, he arrived, he arrived [UI] he hit him and put him in the car. Yes, that was, it was all set up and everything, Antonio. | //Octavio [II]... Ah, Rafi [F] se la entregó a, a... al señor que mandaba, mandaron los dueños a recibirla, llegaba el, el llegó el [II] le metió un cachazo y le montó al carro. Sí eso estaba, estaba armado ya todo, Antonio. |
| 46 | **ANTONIO:** | //Alright … | // Yaa... |
| 47 | **ANDRES:** | //[UI] them there. | //[II] ellos ahí. |
| 48 | **ANTONIO:** | //No, they would deliver right there. | //No, ellos entregaran ahí mismo. |
| 49 | **ANDRES:** | Yes, we'll see each other a little later this afternoon, did you hear? I'll be going up to, to… | Sí, ahora más tarde en la tarde nos vemos, ¿oyó? Yo voy subiendo pa', pa'... |
| 50 | **ANTONIO:** | //I'm on my way downtown now. | //Ya yo voy pa'l centro ahora. |
| 51 | **ANDRES:** | Okay, little brother, I'll [UI] a little later. | Okey, hermanito, ahora más tarde yo le [II]. |
| 52 | **ANTONIO:** | Fine. | Bueno. |
| 53 | | [END OF RECORDING] | [FIN DE LA GRABACIÓN] |

*Voice attributions herein were provided by someone other than the translator.*

Exhibit 15

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 1 of 2*

**Date of recording:**   April 23, 2012

**Time of recording:**   13:16:22

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| *[II]:* | *Ininteligible* | [UI]: | Unintelligible |
| *[F]:* | *Fonético* | [PH]: | Phonetic |
| [xx]: | [*Anotaciones del traductor*] | [xx]: | Translator's notes |

*Letra no itálica:* Hablado en inglés en la versión original       *Italics:* Originally spoken in English

| | | | |
|---|---|---|---|
| *//:* | *Hablan simultáneamente* | //: | Speak simultaneously |

## PARTICIPANTS:

**MURILLO:**   Nestor MURILLO-Vanoy, a/k/a "Marinero"

**ANDRES**:   Andres MORENO-Membache

*Voice attributions herein were provided by someone other than the translator.*

0000010864

*United States v. William Obando Gonzalez et al*
*Case No.1:13-cr-134*
*Page 2 of 2*

## TRANSCRIPTION/TRANSLATION

| | Speaker | English | Spanish |
|---|---|---|---|
| 1 | | [RECORDING BEGINS] | *[COMIENZA LA GRABACIÓN]* |
| 2 | | [NOISE ON THE LINE] | *[RUIDO EN LA LÍNEA]* |
| 3 | | [PHONE RINGS] | *[TIMBRE TELEFÓNICO]* |
| 4 | **MURILLO** | Hello [UI] | *Aló [II]* |
| 5 | **ANDRES** | [NOISE] [UI] old man, what are you doing? | *[RUIDO][II] viejo, ¿qué hace?* |
| 6 | **MURILLO** | Hanging out man, [UI] walking | *Por acá, pos, [II] caminando.* |
| 7 | **ANDRES** | Oh, look. Yo- go… | *Ah, vea. U- vaya…* |
| 8 | **MURILLO** | //Tell me. | *//Dígame.* |
| 9 | **ANDRES** | Just to let you know not to be unarmed there, go there to the house and from under the wardrobe, tell the woman to take the, the, the thing [UI] to get one out. The white one. | *Cualquier cosa para que no ande desarmado allá vaya ahí a la casa y desde debajo del armario, dígale a la mujer que saque la, la, la vaina [II] saque una. La blanca.* |
| 10 | **MURILLO** | Yes, sir. | *Sí, señor.* |
| 11 | **ANDRES** | You hear, if anything comes up tell her to call me, you hear. Do it. | *Oyó, cualquier cosa que me llame ella, oyó. Hágale.* |
| 12 | **MURILLO** | Yes, sir. I will tell her, okay, I will be there soon, I'm telling you, in the afternoon, and… | *Sí, señor. Yo le digo, bueno, yo ahorita ahí estoy, le digo, por la tarde, y…* |
| 13 | **ANDRES** | //[UI] telephone, call me when you are over there to give her the order. Do it, hear. | *// [II] teléfono, usted me llame cuando está allá pa' para darle la orden. Hágale, oyó.* |
| 14 | **MURILLO** | Yes. | *Sí.* |
| 15 | | [END OF RECORDING] | *[FIN DE LA GRABACIÓN]* |

*Voice attributions herein were provided by someone other than the translator.*